# First District Court of Appeal
## State of Florida

_____

No. 1D17-2358

_____

JERRY NEIL ALFRED,

    Appellant,

v.

JOHN A. BARFIELD,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

May 9, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerry Neil Alfred, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Kenneth S. Steely and

Beverly Brewster, Assistant Attorneys General, Tallahassee, for Appellee.